IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 08-99-BLG-JDS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER VACATING CONVICTION |
| | ) | |
| KENNETH LEE LOOKSBEHIND, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Per the Ninth Circuit Court of Appeal's direction and in light of the Supreme Court's decision in *Reynolds v. United States*, 132 S.Ct. 975 (2012), IT IS HEREBY ORDERED that Defendant Looksbehind's Indictment (*Doc. #9*) is **DISMISSED** and the Judgment entered on February 26, 2009 (*Doc. # 29*) is **VACATED**. Mr. Looksbehind is discharged from supervision and fully released from all custody and any and all consequences of custody and conviction.

DATED this 26th day of April, 2012.

    /s/Jack D. Shanstrom
JACK D. SHANSTROM
Senior U.S. District Court Judge